UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MAURICE ANTHONY GORDON, | ) | |
| Movant, | ) | |
| v. | ) | CV417-020 |
| | ) | CR499-153 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

Movant, an inmate at Rogers State Prison in Tattnall County, Georgia, has filed a 28 U.S.C. § 2255 motion to vacate, set aside, or correct his federal sentence. The Clerk is **DIRECTED** to serve the United States Attorney with this Order and a copy of the petition, if he has not already done so. Rule 3(b), Rules Governing Proceedings in the United States District Courts under § 2255. The Court directs respondent to respond within thirty days from the date of this Order. Rule 4(b). The movant is directed to furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED**, this __1st__ day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA